THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Bradley Bunn, Appellant.
 
 
 

Appeal From Aiken County
 Clifton Newman, Circuit Court Judge
Unpublished Opinion No. 2008-UP-363
Submitted July 1, 2008  Filed July 11,
 2008
APPEAL DISMISSED

 
 
 
 Robert M. Dudek, South Carolina Commission on Indigent Defense, of
 Columbia; for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Barbara R. Morgan,  of Aiken, for Respondent.
 
 
 

PER CURIAM: Bradley Bunn pleaded guilty to four counts of armed
 robbery and one count of use of an automobile without the owners permission.  Bunn
 appeals, arguing his guilty plea does not comply with Boykin v. Alabama,
 395 U.S. 238 (1969), because the circuit court erred in failing to advise him
 of his privilege against self-incrimination, right to trial by jury, and right
 to confront his accusers.  Bunn did not file a separate pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Bunns appeal and grant counsels petition to be relieved.  
APPEAL
 DISMISSED.
HEARN,
 C.J., CURETON and GOOLSBY, A.J.J. concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.